Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−31662−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie Sosa
   208 Daisy Court
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−6636

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/13/17 at 09:00 AM

to consider and act upon the following:

*42* – Objection to (related document:40 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 8/25/2017. (Attachments: # 1 Proposed Order) filed by Trustee Albert Russo) filed by William H. Oliver, Jr. on behalf of Marie Sosa. (Oliver, Jr., William)


Dated: 8/23/17

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court