Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−31662−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marie Sosa
    208 Daisy Court
    Jackson, NJ 08527

Social Security No.:
    xxx−xx−6636

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 15, 2016.

On 9/12/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:              October 25, 2017
Time:              10:00 AM
Location:          Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 13, 2017
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Marie Sosa  
    Debtor

Case No. 15-31662-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Sep 13, 2017  
                     Form ID: 185     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2017.

```
db             +Marie Sosa,    208 Daisy Court,    Jackson, NJ 08527-2583
cr             +Sixty Acre Reserve Condominium Association, Inc.,    Cutolo Mandel LLC,    151 Highway 33 East,
                 Suite 204,    Manalapan, NJ 07726-8635
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
515855754     #+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
515855755    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
515895398      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515855756     +Centra State Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
515855757     +Central Jersey Emergncy Medicine,    PO Box 7200,    Freehold, NJ 07728-7200
515855758     +Cutolo Mandel LLC,    151 Highway 33 East, Ste. 204,    Manalapan, NJ 07726-8635
515855760     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
515855761     +Jersey Shore Anesthesiology,    P.O. Box 307,    Neptune, NJ 07754-0307
515855762     +Leonard H. Franco Jr.,    1037 Raymond Blvd,    Suite 710,    Newark, NJ 07102-5427
515989809     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515855765     +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
516046311      Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
515855767     +Sixty Acre Reserve Condominium Assoc,    C/O Cutolo Mandel LLC,    151 Highway 33,    Suite 204,
                 Englishtown, NJ 07726-8635
515860278     +Sixty Acre Reserve Condominium Association, Inc.,    c/o Cutolo Mandel LLC,
                 151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
515902925      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
515855768     +Wfds,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2017 22:57:25     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2017 22:57:21     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515895708      +E-mail/Text: dkretschmer@bchaselaw.com Sep 13 2017 22:57:16
                 ACB Receivables Management, Inc.,    c/o Bart A. Chase, Esq.,    PO Box 871,
                 Summit, NJ 07902-0871
515855759      +E-mail/PDF: pa_dc_ed@navient.com Sep 13 2017 22:54:54     Dept Of Ed/Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
515855763      +E-mail/Text: Meridianbankruptcy@meridianhealth.com Sep 13 2017 22:58:08
                 Meridian Health Pt Pymt,    PO Box 417140,    Boston, MA 02241-7140
515855764      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 13 2017 22:57:20     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516039442      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 13 2017 22:57:37     Premier Bank, LLC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
516039499      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 13 2017 22:57:37     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515855766       E-mail/Text: bankruptcy@savit.com Sep 13 2017 22:58:23     Savit Collection Agency,
                 PO Box 250,    East Brunswick, NJ 08816-0250
                                                                                              TOTAL: 9
```

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 13, 2017
                              Form ID: 185             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hubert C. Cutolo    on behalf of Creditor   Sixty Acre Reserve Condominium Association, Inc.
               hcutolo@cutololaw.com
              John R. Morton, Jr.    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              William H. Oliver, Jr.    on behalf of Creditor   MidFirst Bank bkwoliver@aol.com,
               r59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Marie  Sosa bkwoliver@aol.com,
               r59915@notify.bestcase.com
                                                                                             TOTAL: 6
```