**Last revised 8/1/15**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Marie Sosa

Case No.: _____15-31662_____

Judge: _____

Chapter:              13

Debtor(s)

"1st Modified plan"

## Chapter 13 Plan and Motions

☐ Original      ☒ Modified/Notice Required      ☒ Discharge Sought

☐ Motions Included      ☐ Modified/No Notice Required      ☐ No Discharge Sought

Date: _____September 11, 2017_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice.  **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____$706.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____October 1, 2017_____ for approximately _____38_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒  Future earnings

☐  Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:

Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:    Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3:    Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| William H. Oliver Jr. | Administrative Expenses | $ |

## Part 4:    Secured Claims

**a.  Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Midland Mortgage-1st Mortgage | 208 Daisy Court Jackson NJ 08527 | $6,547.16 (plan balance) | 0% | $6,547.16 (plan balance) | $621.00 |
| 60 Acre Reserve Condo Association | Condo Fees | $1,487.47 (plan balance) | | $1,487.47 (plan balance) | $189.00 |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Wells Fargo | 2014 Honda Civic | $17,188.29 (plan balance) | $12,000.00 | $0 | $17,188.29 (plan balance) | 4.25% | $17,188.29 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

3

Case 15-31662-KCF    Doc 50    Filed 09/15/17    Entered 09/16/17 00:37:20    Desc Imaged
Certificate of Notice    Page 4 of 9

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ _____0_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:    Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

4

## Part 7:    Motions

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b.  Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| | | |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| Wells Fargo Dealer Services | 2014 Honda Civic | $18,000.00 | interest over 4.25% rate |

## Part 8:   Other Plan Provisions

### a. Vesting of Property of the Estate

☒   Upon confirmation

☐   Upon discharge

### b.  Payment Notices

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c.  Order of Distribution

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions

2) Other Administrative Claims - William H. Oliver Jr.

3) Secured  Claims - 1st Mortgage, Condo Assoc, Auto loan

4) Lease Arrearages

5)Priority Claims    6)General Unsecured Claims

### d. Post-Petition Claims

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:   Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: November 11, 2015                .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Plan is being modified to recapitalize the plan.  With current balances the plan will be 706 x 38 remaining months of plan starting October 1, 2017. | Part 1a is changed to $706 x 38 remaining months beginning October 1, 2017. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒   Yes    ☐   No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.


Date: September 11, 2017                          /s/William H. Oliver Jr.
                                                  Attorney for the Debtor


I certify under penalty of perjury that the above is true.


Date:  September 11, 2017                          /s/Marie Sosa
                                                   Debtor


Date:  _____                     _____
                                                   Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-31662-KCF
Marie Sosa                                                                Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 2              Date Rcvd: Sep 13, 2017
                                 Form ID: pdf901          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
db              +Marie Sosa,    208 Daisy Court,    Jackson, NJ 08527-2583
cr              +Sixty Acre Reserve Condominium Association, Inc.,    Cutolo Mandel LLC,    151 Highway 33 East,
                  Suite 204,    Manalapan, NJ 07726-8635
cr              +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
                  Winterville, NC 28590-8872
515855754       #+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
515855755       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                  Richmond, VA 23238)
515895398        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515855756       +Centra State Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
515855757       +Central Jersey Emergncy Medicine,    PO Box 7200,    Freehold, NJ 07728-7200
515855758       +Cutolo Mandel LLC,    151 Highway 33 East, Ste. 204,    Manalapan, NJ 07726-8635
515855760       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
515855761       +Jersey Shore Anesthesiology,    P.O. Box 307,    Neptune, NJ 07754-0307
515855762       +Leonard H. Franco Jr.,    1037 Raymond Blvd,    Suite 710,    Newark, NJ 07102-5427
515989809       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515855765       +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
516046311        Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                  Wilkes-Barre, PA 18773-9635
515855767       +Sixty Acre Reserve Condominium Assoc,    C/O Cutolo Mandel LLC,    151 Highway 33,    Suite 204,
                  Englishtown, NJ 07726-8635
515860278       +Sixty Acre Reserve Condominium Association, Inc.,    c/o Cutolo Mandel LLC,
                  151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635
515902925        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
515855768       +Wfds,    Po Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2017 22:57:25     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2017 22:57:21     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515895708       +E-mail/Text: dkretschmer@bchaselaw.com Sep 13 2017 22:57:16
                  ACB Receivables Management, Inc.,    c/o Bart A. Chase, Esq.,    PO Box 871,
                  Summit, NJ 07902-0871
515855759       +E-mail/PDF: pa_dc_ed@navient.com Sep 13 2017 22:55:25     Dept Of Ed/Navient,    Po Box 9635,
                  Wilkes Barre, PA 18773-9635
515855763       +E-mail/Text: Meridianbankruptcy@meridianhealth.com Sep 13 2017 22:58:08
                  Meridian Health Pt Pymt,    PO Box 417140,    Boston, MA 02241-7140
515855764       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 13 2017 22:57:20     Midland Funding,
                  2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516039442       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 13 2017 22:57:35     Premier Bank, LLC,
                  c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
516039499       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 13 2017 22:57:35     Premier Bankcard, Llc,
                  c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515855766        E-mail/Text: bankruptcy@savit.com Sep 13 2017 22:58:21     Savit Collection Agency,
                  PO Box 250,    East Brunswick, NJ 08816-0250
                                                                                               TOTAL: 9

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3            User: admin             Page 2 of 2             Date Rcvd: Sep 13, 2017
                               Form ID: pdf901          Total Noticed: 28
```

                    ***** BYPASSED RECIPIENTS (continued) *****


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hubert C. Cutolo    on behalf of Creditor   Sixty Acre Reserve Condominium Association, Inc.
               hcutolo@cutololaw.com
              John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              William H. Oliver, Jr.   on behalf of Creditor   MidFirst Bank bkwoliver@aol.com,
               r59915@notify.bestcase.com
              William H. Oliver, Jr.   on behalf of Debtor Marie  Sosa bkwoliver@aol.com,
               r59915@notify.bestcase.com
                                                                                  TOTAL: 6
```