Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−31662−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Marie Sosa
 208 Daisy Court
 Jackson, NJ 08527

Social Security No.:
 xxx−xx−6636

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/14/18 at 09:00 AM

to consider and act upon the following:

**59** − Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 208 Daisy Court, Jackson NJ 08527. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 32 Objection filed by Creditor MidFirst Bank, 37 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 02/23/2018. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 2/15/18

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court