UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on May 21, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
      Marie Sosa

Debtor.

Case No.:  15-31662 KCF

Adv. No.:

Hearing Date:  3/14/18 @ 9:00 A.M.

Judge:  Kathyrn C. Ferguson

## AMENDED ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: May 21, 2018**

Honorable Kathyrn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Marie Sosa
Case No:  15-31662 KCF
Caption of Order:  AMENDED ORDER CURING POST-PETITION ARREARS AND RESOLVING
CERTIFICATION OF DEFAULT

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor  MidFirst Bank, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 208 Daisy Court, Jackson, NJ 08527, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and William H. Oliver, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 1, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2017 through February 2018 in the amount of $1,699.39 (3 x $604.50, 3 late charges x $24.18, less suspense balance of $186.65); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make a payment of $1,699.39 directly to Secured Creditor no later than March 31, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 1, 2018, directly to Secured Creditor MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees, which is to be paid through Debtor's Chapter 13 plan; and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 15-31662-KCF
Marie Sosa                                                      Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin          Page 1 of 1          Date Rcvd: May 21, 2018
                             Form ID: pdf903       Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db              +Marie Sosa,    208 Daisy Court,    Jackson, NJ 08527-2583
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
        Albert   Russo   docs@russotrustee.com
        Denise E. Carlon   on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Hubert C. Cutolo   on behalf of Creditor   Sixty Acre Reserve Condominium Association, Inc.
         hcutolo@cutololaw.com
        John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
         Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
        William H. Oliver, Jr.   on behalf of Creditor   MidFirst Bank bkwoliver@aol.com,
         R59915@notify.bestcase.com
        William H. Oliver, Jr.   on behalf of Debtor Marie  Sosa bkwoliver@aol.com,
         R59915@notify.bestcase.com
                                                                            TOTAL: 6
```