Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 15−31662−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie Sosa
   208 Daisy Court
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−6636

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/29/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 29, 2018
JAN: ckk

        Jeanne Naughton
        Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 15-31662-KCF
Marie Sosa                                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jun 29, 2018
                              Form ID: 148             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
db         +Marie Sosa,    208 Daisy Court,    Jackson, NJ 08527-2583
cr         +Sixty Acre Reserve Condominium Association, Inc.,    Cutolo Mandel LLC,    151 Highway 33 East,
             Suite 204,    Manalapan, NJ 07726-8635
515855756  +Centra State Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
515855757  +Central Jersey Emergncy Medicine,    PO Box 7200,    Freehold, NJ 07728-7200
515855758  +Cutolo Mandel LLC,    151 Highway 33 East, Ste. 204,    Manalapan, NJ 07726-8635
515855761  +Jersey Shore Anesthesiology,    P.O. Box 307,    Neptune, NJ 07754-0307
515855762  +Leonard H. Franco Jr.,    1037 Raymond Blvd.,    Suite 710,    Newark, NJ 07102-5427
515989809  +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515855765  +Midland Mtg/Midfirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
515855767  +Sixty Acre Reserve Condominium Assoc,    C/O Cutolo Mandel LLC,    151 Highway 33,    Suite 204,
             Englishtown, NJ 07726-8635
515860278  +Sixty Acre Reserve Condominium Association, Inc.,    c/o Cutolo Mandel LLC,
             151 Highway 33 East, Suite 204,    Manalapan, New Jersey 07726-8635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2018 23:55:45     U.S. Attorney,   970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 29 2018 23:55:42     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr         +EDI: WFFC.COM Jun 30 2018 03:34:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
             1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
515895708  +E-mail/Text: dkretschmer@bchaselaw.com Jun 29 2018 23:55:39
             ACB Receivables Management, Inc.,    c/o Bart A. Chase, Esq.,    PO Box 871,
             Summit, NJ 07902-0871
515855755   EDI: CAPITALONE.COM Jun 30 2018 03:34:00     Capital One Bank Usa N,   15000 Capital One Dr,
             Richmond, VA 23238
515895398   EDI: CAPITALONE.COM Jun 30 2018 03:34:00     Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
515855759  +EDI: NAVIENTFKASMDOE.COM Jun 30 2018 03:35:00     Dept Of Ed/Navient,    Po Box 9635,
             Wilkes Barre, PA 18773-9635
515855760  +EDI: AMINFOFP.COM Jun 30 2018 03:34:00     First Premier Bank,    601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
515855763  +E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Jun 29 2018 23:56:34
             Meridian Health Pt Pymt,    PO Box 417140,    Boston, MA 02241-7140
515855764  +EDI: MID8.COM Jun 30 2018 03:34:00     Midland Funding,   2365 Northside Dr Ste 30,
             San Diego, CA 92108-2709
516046311   EDI: NAVIENTFKASMDOE.COM Jun 30 2018 03:35:00
             Navient Solutions, Inc. Department of Education,    Loan Services,   P.O. Box 9635,
             Wilkes-Barre, PA 18773-9635
516039442  +EDI: JEFFERSONCAP.COM Jun 30 2018 03:33:00     Premier Bank, LLC,
             c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
516039499  +EDI: JEFFERSONCAP.COM Jun 30 2018 03:33:00     Premier Bankcard, Llc,
             c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
515855766   E-mail/Text: bankruptcy@savit.com Jun 29 2018 23:56:53     Savit Collection Agency,
             PO Box 250,    East Brunswick, NJ 08816-0250
515902925   EDI: WFFC.COM Jun 30 2018 03:34:00     Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
             PO Box 19657,    Irvine, CA 92623-9657
515855768  +EDI: WFFC.COM Jun 30 2018 03:34:00     Wfds,   Po Box 1697,   Winterville, NC 28590-1697
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515855754    ##+Acb Receivables Mngmt,    19 Main St,   Asbury Park, NJ 07712-7012
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 29, 2018
                              Form ID: 148             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Hubert C. Cutolo     on behalf of Creditor    Sixty Acre Reserve Condominium Association, Inc.
           hcutolo@cutololaw.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          William H. Oliver, Jr.    on behalf of Creditor    MidFirst Bank bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Debtor Marie    Sosa bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                             TOTAL: 7
```